

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00658-CV

Jaime Salinas and Rosa Salinas
v.
Tony Martinez, Individually and as
General Partner of Martinez, Barrera & Martinez, LLP

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2012-DCL-3900-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 19, 2015